DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00208 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF APPEARANCE AT PRETRIAL |
| v. | ) | CONFERENCES AND HEARINGS; ORDER |
| | ) | |
| GREGORY EVANS, | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |

The undersigned defendant, Gregory Evans, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the Court may permit pursuant to the waiver, and allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

///

///

1 requirement of his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.
2 43(b)(3).

3     I declare under penalty of perjury that the foregoing is true and correct.

4     EXECUTED this __1st__ day of August, 2008, at Fresno, California.

                      /s/  Gregory Evans
                      GREGORY EVANS
                      (Original signature maintained in file
                        of Melody M. Walcott.)

9 AGREED BY COUNSEL:

11 /s/  Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
GREGORY EVANS

14 DATED: August __5__, 2008

16 IT IS SO ORDERED.

**Dated:    August 5, 2008**                /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE