# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:08-CR-00208-1 LJO
Gregory Evans )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gregory Evans_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition pertaining to electronic monitoring and curfew as follows: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which will include passive GPS tracking, at your own expense: Curfew; you are restricted to your residence every day from 10:00 pm to 5:30 am, unless otherwise approved in advance by the PSO.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/25/08      _____  7/25/2008
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                8-13-08
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Melody M. Walcott_                  7/25/08
Signature of Defense Counsel          Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  8/18/08 .
[ ] The above modification of conditions of release is *not* ordered.

_____                8/18/08
Signature of Judicial Officer         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services