1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GREGORY EVANS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00208 LJO
                                    )
12         Plaintiff,               )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING;  ORDER
13     v.                           )
                                    )
14 GREGORY EVANS,                   )   Date:  November 7, 2008
                                    )   Time:  8:45 a.m.
15         Defendant.               )   Judge: Hon. Lawrence J. O'Neill
                                    )
16 _____ )

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above-captioned matter now

20 scheduled for October 10, 2008, **may be continued to November 7, 2008 at 8:45 a.m.**

21     Counsel are in negotiations for resolution of the case.  There is an issue as to the number of

22 images, which will affect Mr. Evans' guideline range.  Government counsel must confer with the case

23 agent to determine the number of images.

24 ///

25 ///

26 ///

27 ///

28 ///

1    The time requested is for good cause, to conclude negotiations, and in the interest of justice.

2    18 U.S.C. § 3161(h)(8)(A).

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: October 8, 2008 | By  /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 8, 2008 | By  /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>GREGORY EVANS |

## ORDER

**Good cause exists within the stipulation, so the continuance as requested in granted.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   October 8, 2008**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE