DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> GREGORY EVANS, <br><br>  Defendant. | NO. 1:08-cr-00208 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: January 30, 2009 <br> Time: 8:45 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for December 12, 2008, **may be continued to January 30, 2009 at 8:45 a.m.**

This continuance is requested by both counsel. Government counsel is out of town on work-related matters from December 9 through December 19 and then will be on vacation from December 22, 2008 through January 2, 2009. Defense counsel will be on vacation from January 1, 2009 through January 13, 2009.

The parties need time to finalize plea negotiations. In addition, Mr. Evans notified counsel that he has been diagnosed with a hernia and will need surgery. His next doctor appointment is scheduled for December 17, 2008.

///

1     The continuance for further plea negotiations is in the interest of justice and will allow the case to

2 proceed. Defense requests time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

3

4                                                     McGREGOR M. SCOTT
                                                    United States Attorney

5

6 DATED: December 9, 2008             By  /s/ Sherrill A. Carvalho
                                                    SHERRILL A. CARVALHO
7                                                       Assistant United States Attorney
                                                      Attorney for Plaintiff
8

9
                                                     DANIEL J. BRODERICK
10                                                     Federal Defender

11
   DATED: December 9, 2008            By  /s/ Melody M. Walcott
12                                                     MELODY M. WALCOTT
                                                    Assistant Federal Defender
13                                                     Attorney for Defendant
                                                    GREGORY EVANS
14

15

16                                            **ORDER**

17     **Good Cause is stated in the stipulation. The request is granted, but the defendant must be in

18 a position either to change his plea or to set a trial date at the next hearing in January.**   Time is

19 hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

20
   IT IS SO ORDERED.
21
   **Dated:   December 9, 2008**          /s/ Lawrence J. O'Neill
22                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28