| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GREGORY EVANS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00208 LJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE/CHANGE OF PLEA HEARING; |
| v. | ) | ORDER |
| | ) | |
| GREGORY EVANS, | ) | Date: March 27, 2009 |
| | ) | Time: 8:15 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference/change of plea hearing in the above-captioned matter now scheduled for March 20, 2009, **may be continued to March 27, 2009 at 8:15 a.m.**

Mr. Evans has signed a plea agreement in the case. Counsel representing Mr. Evans would like to be present for the change of plea, which the parties anticipate will take place on March 27, 2009. Counsel for Mr. Evans has suffered a death in the family, and will be out of state Thursday, March 19 and Friday, March 20. In addition, Mr. Evans has anticipated surgery which counsel believe will be scheduled by the date of the change of plea.

///

///

///

The time requested is for good cause, for continuance of counsel, and in the interest of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: March 18, 2009                By  /s/ Sheila Oberto
                                                SHEILA OBERTO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: March 18, 2009                By  /s/ Melody M. Walcott
                                                MELODY M. WALCOTT
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                GREGORY EVANS

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 18, 2009**               /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE