1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GREGORY EVANS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00208 LJO
                                      )
12 |         Plaintiff,                )   STIPULATION TO CONTINUE SENTENCING
                                      )   HEARING;  ORDER
13 |    v.                             )
                                      )   Date:  August 14, 2009
14 | GREGORY EVANS,                    )   Time:  8:30 A.M.
                                      )   Judge: Hon. Lawrence J. O'Neill
15 |         Defendant.                )
                                      )
16 | _____    )

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the sentencing hearing in the above captioned matter now

20 scheduled for July 31, 2009, **may be continued to August 14, 2009, at 8:30 a.m.**

21         This continuance is requested by counsel for defendant because defendant is currently hospitalized

22 for surgery and, barring complications, will be released from the hospital later this week.  Defendant will

23 need additional time for recovery prior to the sentencing hearing.  The requested continuance will also

24 provide the Probation Officer sufficient time to prepare and submit the Pre-Sentence Report prior to the

25 hearing.  The requested continuance will conserve time and resources for both counsel, the defendant, and

26 the court.

27 ///

28 ///

Exclusion of time to complete sentencing is not required.

                                                  LAWRENCE G. BROWN
Acting United States Attorney

DATED: July 13, 2009                    By  /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 13, 2009                    By  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
GREGORY EVANS

## ORDER

Good cause exists for the request. It is granted.

IT IS SO ORDERED.

**Dated:   July 14, 2009**                    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE